[No. 3683–II.   Division Two.   July 7, 1980.]

SHEILA M. TODD, *Respondent,* v. UNION PACIFIC
RAILROAD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 257086, James V. Ramsdell, J., entered August
21, 1978. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Petrich, J.

[No. 3819–II.   Division Two.   July 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v.
RONALD PHIL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 10190, Robert D. McMullen, J., entered
November 17, 1978. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Pearson, A.C.J., and Petrich, J.

[Nos. 3996–II; 3997–II.   Division Two.   July 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
NORMAN MATHERS, *Appellant.*

Appeal from judgments of the Superior Court for Clark
County, Nos. 10275, 9826, John N. Skimas and J. Dean
Morgan, JJ., entered March 2 and 15, 1979. *Affirmed* by
unpublished opinion per Reed, C.J., concurred in by
Pearson and Petrie, JJ.

[No. 3597–II.   Division Two.   July 8, 1980.]

*In the Matter of the Welfare of*
JESSICA ASCHENBRENNER.

Appeal from a judgment of the Superior Court for Pierce
County, No. 29856, Waldo F. Stone, J., entered June 30,
1978. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Pearson, A.C.J., and Petrie, J.